IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01517-WYD-MJW

RANDY SIPPLE,

     Plaintiff,

v.

FRANCISCAN MINISTRIES, INC., an Illinois corporation;
FRANCIS HEIGHTS, INC., a Colorado corporation; and
CLARE GARDENS, INC., a Colorado corporation,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal (docket #158), filed February 29, 2008.  After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal (docket #15) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

     Dated:  March 3, 2008

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge